THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM RICHARD KOPP.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LIM SIK.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE BOTTARI.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHOY LEE.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VAN GRIFFEN.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK WONG.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAMERTO ZACARIAS.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

## (October 14, 1954.)

In the Matter of MARGARET SNYDER et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Appeal dismissed as moot and academic (cf. Election Law, § 330, subd. 2); all concur. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ. [206 Misc. 581.]